FILED
Apr 11 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEED GHAFOORI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA HOME LOANS, et al.,<br><br>    Defendants. | Case No. 24-cv-01267-DMR<br><br>**ORDER TO SHOW CAUSE** |

    Defendants filed a motion to dismiss on March 25, 2024.  Currently, the motion is set for a court hearing on May 9, 2024.  Plaintiffs Saeed Ghafoori and Gissou Beykpour Ghafoori are pursuing this action without legal representation.  According to the local court rules, Plaintiffs should have filed any brief in opposition to Defendants' motion by April 8, 2024.  *See* Civ. L.R. 7-3(a).  The court has received no such opposition.

    The court ORDERS Plaintiffs to file a response by **April 30, 2024** that explains their failure to respond to the motion by the April 8, 2024 deadline.  In addition, Plaintiffs must simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion.  This order to show cause does not indicate that the court will necessarily accept Plaintiffs' late submission.  If Plaintiffs do not respond by April 30, 2024, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.

    The court further ORDERS that Defendants shall file a reply, if any, to Plaintiffs' opposition no later than May 7, 2024.

    The hearing on May 9, 2024 is VACATED. A new hearing shall be noticed by the court if necessary.

    The court refers Plaintiffs to the link entitled "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help

1 | Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982
2 | or emailing FedPro@sfbar.org

**IT IS SO ORDERED.**

Dated: April 11, 2024

_____
DONNA M. RYU
Chief Magistrate Judge